# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ARMAMENT SYSTEMS AND PROCEDURES, INC.,

    Plaintiff,

v.                                                  Case No. 00-C-1257

IQ HONG KONG LIMITED, et al.,

    Defendants.

**ORDER**

Plaintiff filed a motion under Civil Local Rule 7.4, which contemplates an expedited briefing schedule for "non-dispositive motions." In its motion, plaintiff seeks to dismiss several claims it brought against the defendants. Although the motion clearly contemplates dispositive relief, the plaintiff stated it made use of the expedited procedure in view of an upcoming deposition of Kevin Parsons. The defendants view the plaintiff's resort to Rule 7.4 as improper and have now filed a motion seeking additional time to respond. They also note that Rule 7.4 would not allow for adequate briefing on the issues that are at stake.

I conclude the defendants are correct. If the plaintiff wants to voluntarily withdraw several of the claims that have been pending in this lawsuit for years, resolution of such claims will require more than a cursory and expedited disposition. If the parties can agree between themselves on issues that might be avoided at the upcoming deposition due to the pending dismissal of some claims, they are certainly allowed to conserve efforts. But the existence of the deposition itself does not justify the plaintiff's attempt to short circuit the standard briefing schedule.

Accordingly, the defendant's motion (Docket No. 232) is granted. The defendant will have 21 days from the date of this order in which to respond to the plaintiff's motion; Local Rule 7.1 will apply to the plaintiff's motion in all other respects.

SO ORDERED this  18th  day of May, 2006.

s/ William C. Griesbach
William C. Griesbach
United States District Judge