UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ARMAMENT SYSTEMS AND PROCEDURES, INC.,

    Plaintiff,

v.                                           Case No. 00-C-1257

IQ HONG KONG LTD, et al.,

    Defendants.

**ORDER**

    Plaintiff filed a motion under Civil Local Rule 7.4 seeking voluntary dismissal of three of the claims it had brought against the defendants. The defendants opposed the motion–at least ostensibly–and requested briefing in addition to that allowed under Rule 7.4. That request was granted. In their opposition brief, they argue that the dismissal of the claims should be *with* prejudice rather than otherwise, given the lengthy history of this case. They also insinuate various forms of bad faith on the part of the plaintiff for bringing the claims in the first place.

    The plaintiff's reply makes clear that it has no opposition to dismissal with prejudice.[1] Accordingly, the motion to dismiss is granted, and IT IS ORDERED that claims I, II, and IV of the amended complaint are dismissed with prejudice.

    Dated this   10th   day of July, 2006.

                                                       s/ William C. Griesbach
                                                       William C. Griesbach
                                                       United States District Judge

---

[1] Perhaps a simple phone call could have obviated the need for this undertaking.