UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ARMAMENT SYSTEMS AND PROCEDURES, INC.,

    Plaintiff,

v.                                               Case No. 00-C-1257

VECTOR PRODUCTS, INC.,

    Defendants.

**ORDER**

Defendants Vector Products, Inc., Mills Fleet Farm, Inc., Northland Fishing Tackle, Inc., and CarQuest Management Services and General Parts, Inc. seek leave to file an amended answer adding claims and defenses based on plaintiff's alleged inequitable conduct before the PTO. Plaintiff has not responded to the motion. Under Rule 15(a), amendments to pleadings are to be liberally allowed, and there seems to be no occasion to depart from that general principle in this case. The plaintiff has been subject to inequitable conduct allegations within this consolidated lawsuit from the beginning, and thus is not subject to any undue prejudice as a result of the delayed pleading. Moreover, there is no indication that the pleading was delayed due to neglect; according to the defendants, it is based on discovery conducted only recently. Accordingly, the motion to amend is **GRANTED**, and the clerk is directed to docket exhibit 1 of the Jesinoski declaration as the pertinent defendants' amended answer.

**SO ORDERED** this   30th   day of August, 2006.

                                                s/ William C. Griesbach
                                                William C. Griesbach
                                                United States District Judge