# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ARMAMENT SYSTEMS AND PROCEDURES, INC.,

    Plaintiff,

v.                                         Case No. 01-C-1122

NORTHLAND FISHING TACKLE, INC.

    Defendant.

## ORDER

This cause coming to be heard on Cincinnati Insurance Company's ("Cincinnati") request for Declaratory Judgment based upon the Court's having granted Cincinnati's motion for summary judgment in its Decision And Order dated August 28, 2006, and due notice having been given to all parties entitled thereto,

NOW, THEREFORE, pursuant to Fed. R. Civ. P. 54(b), based upon records and papers used on the motions, upon the Court's Decision And Order dated August 28, 2006, and upon the court's express finding that there is no just reason for delay, the clerk is directed to enter a declaratory judgment in favor of Cincinnati Insurance Company and against Northland Fishing Tackle, Inc.,as follows:

    A.     That the Cincinnati Insurance Company ("Cincinnati") has no obligation to defend Northland Fishing Tackle, Inc. ("Northland") in the above captioned matter;

    B.     That Cincinnati has no obligation to pay any sums of money for which Northland may be held liable in the above captioned matter;

    C.     That the insurance policies identified Cincinnati's counterclaim do not provide coverage to any person, party or entity for any of the liability and damages asserted or proven in the above captioned matter.

**IT IS FURTHER ORDERED** that Northland's third party complaint against Cincinnati is dismissed, and Cincinnati is dismissed from this action with costs.

Dated this   19th   day of September, 2006.


                                           s/ William C. Griesbach
                                           William C. Griesbach
                                           United States District Judge