IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

**Armament Systems and Procedures, Inc.,**

    *Plaintiff*,

v.

**IQ Hong Kong Limited, et al.,**

    *Defendants*.

**Civil Action No. 00-C-1257**

**Judge William C. Griesbach**

---

## ORDER FOR DISMISSAL

---

**WHEREAS**, the plaintiff, Armament Systems and Procedures, Inc. ("ASP") and defendant RadioShack Corporation ("RadioShack") have agreed to a settlement of all claims and counterclaims that were brought by them in this civil action, and the parties have entered a Stipulation For Dismissal consistent with this Order;

**NOW THEREFORE, IT IS ORDERED THAT**:

1. This court has personal jurisdiction over the parties and the subject matter of this action.

2. All claims, counterclaims and defenses of ASP and RadioShack be dismissed with prejudice.

3. Each party to this Order shall bear its own costs and attorneys' fees.

4. This Court shall retain exclusive jurisdiction and venue to enforce the settlement and any case brought involving the settlement or underlying facts or issues.

Dated this 19th day of December, 2006.

    BY THE COURT:

    s/ William C. Griesbach
    Honorable William Griesbach
    District Court Judge